[No. 10079-7-II.  Division Two.  September 8, 1988.]

LEO CORRELL, *Appellant*, v. THE HORSE RACING
COMMISSION, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-01982-0, Carol A. Fuller, J., entered June 18, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.

[No. 20119-1-I.  Division One.  September 12, 1988.]

NAOMI ELVINS, ET AL, *Appellants*, v. WILLIAM W. THOMAS,
*as Personal Representative*, ET AL,
*Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-07322-5, Peter K. Steere, J., entered March 16, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Winsor, JJ.

[No. 22055-1-I.  Division One.  September 12, 1988.]

MIKE PUDMAROFF, *Respondent*, v. DENICE BARTOY,
*as Executrix, Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-18329-7, Jim Bates, J., entered March 9, 1988. *Reversed* by unpublished per curiam opinion.